UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CLINT MARTINEZ,<br>      Petitioner,<br><br>v.<br><br>JAMES D. CALDWELL, Attorney General of Louisiana, and BRENT ALLAIN, Sheriff of Iberville Parish, Louisiana,<br>      Respondents | CIVIL ACTION NO.<br>3:08-cv-00617-JJB-CN |

## JUDGMENT

In accordance with this Court's ruling of March 29, 2010, **IT IS ORDERED, ADJUDGED, and DECREED** that the petition of Clint Martinez for a writ of habeas corpus pursuant to 28 U.S.C. §2241 is **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the State of Louisiana is accordingly **BARRED AND PERMANENTLY ENJOINED** from retrying or further prosecuting petitioner Clint Martinez for the offense of Second Degree Murder, as charged in amended indictment number 2080-99 issued by the District Attorney of the Eighteenth Judicial District of Louisiana on July 18, 2000, or for any other crime that would constitute the same or a responsive offense under the Double Jeopardy Clause of the Fifth Amendment and the Fourteenth Amendment.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that petitioner Clint Martinez is hereby released from any and all state court restraints on his liberty and property in any way related to the indictment identified above and underlying charges.

Baton Rouge, Louisiana, this **5th** day of April, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE